IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
Petitioner )
)
V. ) CIVIL ACTION No. Misc.
)
DWAYNE L. WILSON, )
Respondent )
) MISC 05 -126ML

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, by its attorney, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Lisa Dinerman AUSA complains as follows:

1. This is a proceeding brought pursuant to the provisions of 26 U.S.C §§ 7402 (b) and 7604 (a) to judicially enforce an Internal Revenue Service summons;

2. Elaine C. Silva is a Revenue Officer of the Internal Revenue Service, employed in the Small Business/Self Employed Division of the office the Area Director of Internal Revenue Service, 380 Westminster Street, 4th Floor Collection, Providence, RI 02903, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treas. Reg. § 301.7602-1, 26 C.F.R 301.7602-1;

3. Upon information and belief, the respondent, Dwayne L. Wilson, resides or may be found at 388 S. Main Street Apt 56, Providence, RI 02903, within the jurisdiction of this Court.

4. Revenue Officer Elaine C. Silva is conducting an investigation of the tax liability of Dwayne L. Wilson for the period(s) ending December 31, 2001, December 31, 2002 and December 31, 2003. See Declaration of Elaine C. Silva, attached to this Petition as Exhibit A.

5. Upon information and belief, the respondent, Dwayne L. Wilson, is in possession and control of testimony and documents that may be relevant to this investigation.

6. On April 1, 2005, an Internal Revenue Service summons was issued directing the respondent, Dwayne L. Wilson, to appear before Revenue Officer Elaine C. Silva on April 19, 2005 at 10:00 A.M. at the Internal Revenue Service, 380 Westminster Street, 4th Floor Collection, Providence, RI 02903, to testify and produce for examination books, papers, records or other data described in the summons. See Summons, attached as Exhibit B.

An attested copy of the summons was served to Dwayne L. Wilson on April 4, 2005 by Revenue Officer Elaine C. Silva by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. <u>See</u> Exhibits A and B.

7. The respondent did appear on April 19, 2005, but has not complied. The respondent's non-compliance with the summons continues to this date. <u>See</u> Exhibit A.

8. The books, papers, records or other data sought by the summons are not in the possession of the Internal Revenue Service. <u>See</u> Exhibit A.

9. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken. <u>See</u> Exhibit A.

10. It is necessary to obtain the testimony and to examine the books, papers, records or other data to properly prepare a Collection Information Statement.

WHEREFORE, the United States requests that:

1. This Court enter an order directing the respondent, Dwayne L. Wilson, to show cause, if any, why he should not comply with and obey the summons and each and every requirement of the summons;

2. This Court enter an order directing the respondent, Dwayne L. Wilson, to obey the summons and each and every requirement of the summons by ordering the attendance, testimony and production of the books, papers, records or other data before Revenue Officer Elaine C. Silva or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Officer Elaine C. Silva or any other proper officer or employee of the Internal Revenue Service;

3. The United States recover its costs in this action; and that

4. The Court grant such other and further relief as is just and proper.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

LISA DINERMAN
ASSISTANT U.S. ATTORNEY
50 Kennedy Plaza 8th floor
Fleet Center
Providence, RI 02903
401-709-5000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | ) | |
| v. | ) | CIVIL ACTION No. Misc. |
| DWAYNE L. WILSON, Respondent | ) | |

**DECLARATION OF REVENUE OFFICER**

I, Elaine C. Silva, declare:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 380 Westminster Street, 4th Floor Collection, Providence, RI 02903. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2. In my capacity as a Revenue Officer, I am conducting an investigation to determine the tax liability of Dwayne L. Wilson for the period(s) ending December 31, 2001, December 31, 2002 and December 31, 2003.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on April 1, 2005, an administrative summons to Dwayne L. Wilson to give testimony and to produce documents as described in same summons. The summons is attached to the petition as Exhibit B.

4. In accordance with 26 U.S.C. § 7603, on April 4, 2005, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, Dwayne L. Wilson, by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

5. On April 19, 2005, Dwayne L. Wilson failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6. The books, papers, records or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the federal tax liability of Dwayne L. Wilson for the period(s) ending December 31, 2001, December 31, 2002 and December 31, 2003.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 12 day of August, 2005.

Elaine C. Silva
Elaine C. Silva
Revenue Officer