IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | ) | |
| v. | ) | MISC. 05-126ML |
| DWAYNE L. WILSON, Respondent | ) | |

**NOTICE OF WITHDRAWAL OF PETITION**

The United States of America, by and through the undersigned, hereby withdraws without prejudice its petition to enforce Internal Revenue Summons, filed in the within action. Said petition is withdrawn based upon the fact that the United States Marshal Service was unable to serve Dwayne L. Wilson.

RESPECTFULLY SUBMITTED,

ROBERT CLARK CORRENTE
United States Attorney

Lisa Dinerman Bar #2689
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Withdrawal of Petition was forwarded, by postage prepaid mail, on the 9th day of November, 2005, to:

Dwayne L. Wilson
388 South Main Street
Apt. 56
Providence, RI 02903